OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 19, 2005

TO: Jonathan G. Dahms
2801 Benner Street
Philadelphia, PA 19149

**RE: U.S. Marshal 285 Forms**
***Civil Action # 04-381 GMS***

Dear Mr. Dahms:

Please be advised that this office has received all required U.S. Marshal 285 forms in the above referenced case.

Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: ✓The Honorable Gregory M. Sleet; CA 04-381 GMS
U.S. Marshal
CAF

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JONATHAN G. DAHMS,<br>Plaintiff,<br>v.<br>CIVIGENICS, INC., HARRY COYLE, and FRANK COSTON,<br>Defendants. | ) | Civ. No. 04-381-GMS |

**ORDER**

WHEREAS, the plaintiff Jonathan G. Dahms, is a pro se litigant who was formerly incarcerated at the Howard R. Young Correctional Institution in Wilmington, Delaware, and he filed this action pursuant to 42 U.S.C. § 1983 and requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915;

WHEREAS, on July 6, 2004, the court granted the plaintiff leave to proceed in forma pauperis, assessed $2.82 as an initial partial filing fee, and ordered him to file an authorization form within thirty days;

WHEREAS, on August 8, 2004, the court granted the plaintiff a thirty day extension of time in which to file the authorization form, and he filed the authorization form on August 27, 2004;

WHEREAS, on October 13, 2004, the court entered an Order finding that the plaintiff's claims were not frivolous

DAHMS, Jonathan
2801 Bennen
Phila., PA 19149

FIRST CLASS

CLERK of COUR
844 N. KINGS
LOCK BOX 18
Wilmington, D