## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JONATHAN DAHMS,** | : | CIVIL ACTION NO. 04-381 GMS |
| | : | |
| Plaintiff | : | |
| v. | : | |
| **CIVIGENICS, INC.,** | : | |
| **HARRY COYLE, and** | : | |
| **FRANK COSTON** | : | |
| | : | |
| Defendants | : | |

### ENTRY OF APPEARANCE

**WITHOUT WAIVER** of any affirmative defenses, including but not limited to insufficiency of process, failure to state a claim upon which relief can be granted and/or statute of limitations;

**KINDLY ENTER THE APPEARANCE** of Carol J. Antoff, Esquire on behalf of Defendants Civigenics, Inc., Harry Coyle and Frank Coston in the above-captioned matter.

REGER RIZZO KAVULICH & DARNALL, LLP

Dated: June 20, 2005

BY:  /s/ Carol J. Antoff
Carol J. Antoff, Esquire
I.D. No.  3601
1001 Jefferson Street, Suite 202
Wilmington, DE 19801
(302)652-3611
Attorney for Defendants, Civigenics, Harry Coyle and Frank Coston

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JONATHAN DAHMS,** | : | CIVIL ACTION NO. 04-381 GMS |
| | : | |
| Plaintiff | : | |
| v. | : | |
| **CIVIGENICS, INC.,** | : | |
| **HARRY COYLE, and** | : | |
| **FRANK COSTON** | : | |
| | : | |
| Defendants | : | |

### CERTIFICATE OF SERVICE

      I, Carol J. Antoff, Esquire, do hereby certify that copies of the foregoing Entry of Appearance were served by First Class Mail, postage prepaid on the following Pro se Plaintiff on June 20, 2005:

Jonathan Dahms
8759 Gillespie Street
Philadelphia, PA 19136
Pro Se

      REGER RIZZO KAVULICH & DARNALL, LLP


      /s/ Carol J. Antoff
      CAROL J. ANTOFF, ESQUIRE
      I.D. No. 3601
      1001 Jefferson Street, Suite 202
      Wilmington, DE 19801
      (302)652-3611
      Attorney for Defendants, Civigenics, Harry Coyle and Frank Coston