IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JONATHAN DAHMS,** | : | CIVIL ACTION NO. 04-381 GMS |
| | : | |
| Plaintiff | : | |
| v. | : | |
| **CIVIGENICS, INC.,** | : | |
| **HARRY COYLE, and** | : | |
| **FRANK COSTON** | : | |
| | : | |
| Defendants | : | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Carla P. Maresca, Esquire to represent Defendants, Civigenics, Inc., Harry Coyle and Frank Coston in this matter.

REGER RIZZO KAVULICH & DARNALL, LLP

Dated:

BY:  */s/ Carol J. Antoff*
Carol J. Antoff, Esquire
I.D. No. 3601
1001 Jefferson Street, Suite 202
Wilmington, DE 19801
(302)652-3611
Attorney for Defendants, Civigenics, Harry Coyle and Frank Coston

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____          _____
The Honorable Gregory M. Sleet

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JONATHAN DAHMS,** | : | CIVIL ACTION NO. 04-381 GMS |
| | : | |
| Plaintiff | : | |
| v. | : | |
| **CIVIGENICS, INC.,** | : | |
| **HARRY COYLE, and** | : | |
| **FRANK COSTON** | : | |
| | : | |
| Defendants | : | |

### CERTIFICATE OF SERVICE

I, Carol J. Antoff, Esquire, do hereby certify that copies of the foregoing Motion and Order for Admission *Pro Hac Vice* were served by First Class Mail, postage prepaid on the following Pro se Plaintiff on June 28, 2005:

Jonathan Dahms, Pro Se
8759 Gillespie Street
Philadelphia, PA 19136

                                          REGER RIZZO KAVULICH & DARNALL, LLP

                                          /s/ Carol J. Antoff
                                          CAROL J. ANTOFF, ESQUIRE
                                          I.D. No. 3601
                                          1001 Jefferson Street, Suite 202
                                          Wilmington, DE 19801
                                          (302)652-3611
                                          Attorney for Defendants, Civigenics, Harry Coyle and Frank Coston