IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JONATHAN G. DAHMS | : | CIVIL ACTION NO. 04-381 GMS |
| *Plaintiff*, | : | |
| vs. | : | |
| | : | |
| CIVIGENICS, et. al. | : | |
| | : | |
| *Defendants*. | : | |

**MOTION OF DEFENDANTS' CIVIGENICS, INC., HARRY COYLE
AND FRANK COSTON TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULES
OF CIVIL PROCEDURE 12(b)(6)**

Defendants' Civigenics, Inc., Harry Coyle and Frank Coston (hereinafter "Defendants"), by and through the undersigned counsel, hereby respectfully requests that this Honorable Court enter an Order, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing with prejudice all claims against the Defendants.  In support of their Motion to Dismiss, Defendants have filed simultaneously herewith a Memorandum of Points and Authorities demonstrating the requested relief and incorporate said Memorandum.

**WHEREFORE**, the Defendants, Civigenics, Inc., Harry Coyle and Frank Coston respectfully request that this Honorable Court enter an Order dismissing Plaintiff's claim against Defendants with prejudice.

Respectfully submitted,

REGER RIZZO KAVULICH & DARNALL LLP

By:   /s/ Carol J. Antoff
Carol J. Antoff, Esquire
1001 Jefferson Street, Suite 202
Wilmington, DE 19801
(302)652-3611 (Phone)
(302)652-3620 (Facsimile)

Carla P. Maresca, Esquire
DEASEY MAHONEY & BENDER, LTD.
Suite 1300
1800 John F. Kennedy Boulevard
Philadelphia, PA  19103-2978
(215) 587-9400, ext. 135 (Phone)
(215) 587-9456 (Facsimile)

Attorneys for Defendant, Civigenics, Inc., Harry Coyle and Frank Coston

VERIFICATION

We, Carol J. Antoff, Esquire, and Carla P. Maresca, Esquire, verify that we are the attorneys for Defendants, Civigenics, Inc., Harry Coyle and Frank Coston in this matter; that the information contained in the attached *Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(6)* is true and correct to the best of our information and belief; and that this statement is made subject to the penalties of 18 Pa.C.S. §4904 relating to unsworn falsification to authorities.

Respectfully submitted,

REGER RIZZO KAVULICH & DARNALL LLP

By:        /s/ Carol J. Antoff
Carol J. Antoff, Esquire
1001 Jefferson Street, Suite 202
Wilmington, DE 19801
(302)652-3611 (Phone)
(302)652-3620 (Facsimile)

Carla P. Maresca, Esquire
DEASEY MAHONEY & BENDER, LTD.
Suite 1300
1800 John F. Kennedy Boulevard
Philadelphia, PA  19103-2978
(215) 587-9400, ext. 135 (Phone)
(215) 587-9456 (Facsimile)

Attorneys for Defendant, Civigenics, Inc., Harry Coyle and Frank Coston