IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JONATHAN G. DAHMS, | : | CIVIL ACTION NO. 04-381 GMS |
| *Plaintiff*, | : | |
| vs. | : | |
| | : | |
| CIVIGENICS, et. al. | : | |
| | : | |
| *Defendants*. | : | |

### ORDER

AND NOW, this _____ day of _____, 2005, it is hereby ORDERED and DECREED that the Motion to Dismiss by Defendants, Civigenics, Inc., Harry Coyle and Frank Coston in the above-captioned matter having been duly considered and any opposition thereto, it is hereby ORDERED that the Motion to Dismiss is GRANTED and that judgment is hereby entered in favor of the Movants and against Plaintiff.

_____
**UNITED STATES DISTRICT JUDGE**