IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JONATHAN DAHMS,** | : | CIVIL ACTION NO. 04-381 GMS |
| | : | |
| Plaintiff | : | |
| v. | : | |
| **CIVIGENICS, INC.,** | : | |
| **HARRY COYLE, and** | : | |
| **FRANK COSTON** | : | |
| | : | |
| Defendants | : | |

### CERTIFICATE OF SERVICE

I, Carol J. Antoff, Esquire, do hereby certify that copies of the foregoing Entry of Appearance were served by First Class Mail, postage prepaid on the following Pro se Plaintiff on August 10, 2005:

Jonathan Dahms
8759 Gillespie Street
Philadelphia, PA 19136
Pro Se

        Respectfully submitted,
        REGER RIZZO KAVULICH & DARNALL LLP

By:     /s/ Carol J. Antoff
        Carol J. Antoff, Esquire
        1001 Jefferson Street, Suite 202
        Wilmington, DE 19801
        (302)652-3611 (Phone)
        (302)652-3620 (Facsimile)

        Carla P. Maresca, Esquire
        DEASEY MAHONEY & BENDER, LTD.
        Suite 1300
        1800 John F. Kennedy Boulevard
        Philadelphia, PA  19103-2978
        (215) 587-9400, ext. 135 (Phone)
        (215) 587-9456 (Facsimile)

        Attorneys for Defendant, Civigenics, Inc., Harry
        Coyle and Frank Coston