IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Jonathan Dahms, *Pro Se*, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-381 (GMS) |
| | ) |
| Civigenics, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

IT IS HEREBY ORDERED THAT:

The plaintiff, Jonathan Dahms, *pro se*, file a brief in opposition to the defendants' motion to dismiss (D.I. 20) by **Thursday, October 27, 2005**, or the court will grant the motion.

Dated: October 5, 2005

_____
UNITED STATES DISTRICT JUDGE