IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Jonathan G. Dahms, *Pro Se*, ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 04-381 (GMS) |
| Civigenics, *et al.*, ) | |
| Defendant. ) | |

**FILED OCT 27 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

## MOTION OPPOSING DISMISSAL OF ACTION

**COMES NOW,** Plaintiff, Jonathan G. Dahms, *Pro Se*, who herewith opposes the dismissal of the above captioned action and provides the following in support thereof:

1. Plaintiff adamantly opposes the dismissal of this case as Defendant has maliciously inflicted Plaintiff, as follows:
   - Sleep deprivation at the direction of Harry Coyle, Key Director and Frank Coston, Key Supervisor
   - Humiliation at the direction of Harry Coyle, Key Director and Frank Coston, Key Supervisor
   - Allowed fellow inmates to participate in his treatment at the direction of Harry Coyle, Key Director and Frank Coston, Key Supervisor
   - Violated patient confidentiality by allowing fellow inmates access to Plaintiff's records at the direction of Harry Coyle, Key Director and Frank Coston, Key Supervisor

2. Plaintiff has witness's notarized statements in support of the aforementioned facts, as well as the agreed testimony of former Civigenics Key North staff. These documents and or individual names are available for presentation to the court upon request.

3. As the Plaintiff has filed this action as a *Pro Se* litigant, and has no formal schooling of the law, Plaintiff respectfully requests that if more information is needed to prevent the dismissal of this action or if applicable case law must be provided, that this court grant an extension of time to file an associated brief containing the appropriate bodies of law and or case law.

Respectfully submitted,

*[signature]*

Jonathan G. Dahms, *Pro Se*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Jonathan G. Dahms, *Pro Se,* | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 04-381 (GMS) |
| Civigenics, *et al.,* | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Jonathan G. Dahms, Pro Se, do hereby certify that copies of the forgoing Motion Opposing Dismissal were served by First Class Mail, postage prepaid on the following on October 25, 2005:

Carol J. Antoff, Esq.
1001 Jefferson Street, Suite 202
Wilmington, DE 19801

Jonathan G. Dahms, Pro Se
4552 Bleigh Ave.
Phila., PA 19136





Jonathan Dehms
4552 Bleigh Ave.
Phila., PA 19136

PETER T. DALLEO, CLERK
V. CALEB BOGGS FEDERAL BUILDING
844 N. KING ST.
Wilmington, DE 19801