Jonathan G. Dahms
4552 Bleigh Ave.
Phila., PA 19136

25 October 2005

Peter T. Dalleo, Clerk
J. Caleb Boggs Federal Building
844 N. King St.
Wilmington, DE 19801

RE: C.A. No. 04-381 GMS

Dear Mr. Dalleo:

Regarding the above referenced case, I Jonathan G. Dahms, Plaintiff, do hereby notify the court of change of address, as follows:

NEW ADDRESS:

4552 Bleigh Ave.
Phila., PA 19136

Thank you for your assistance.

FILED
OCT 27 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sincerely

Jonathan G. Dahms

C.   Carol J. Antoff, Esq.
     1001 Jefferson St., Suite 202
     Wilmington, DE 19801
     (Attorney for Defendants)



Peter T Dalloo, Clerk
J. Caleb Boggs Federal Building
844 N. King St.
Wilmington, DE 19801

Jonathan DAHMS
4552 Sleigh rd.
Phila, PA 19136