IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JONATHAN G. DAHMS, | : | |
| | : | |
| Plaintiff | : | |
| | : | Civil Action No. 04-381-GMS |
| v. | : | |
| | : | |
| CIVIGENICS, INC., HARRY COYLE, and FRANK COSTON. | : | |
| | : | |
| | : | |
| Defendants | : | |

**ANSWER OF DEFENDANTS, HARRY COYLE AND FRANK COSTON, TO PLAINTIFF'S COMPLAINT**

Defendants, Harry Coyle and Frank Coston, by and through their undersigned counsel, hereby answer the complaint filed by Plaintiff, Jonathan G. Dahms denying each and every averment except as to those expressly admitted below.

I.  After reasonable investigation, Defendants are unable to admit or deny the averments contained in this section.

II.  Defendants specifically deny the factual averments contained in this section.

III.  Defendants admit only that Plaintiff is only Jonathan G. Dahms and that Defendants are identified as Civigenics, Inc., Harry Coyle and Frank Coston. Defendants deny all other factual averments in this section.

IV.  Defendants specifically deny any and all factual averments contained in Plaintiff's Statement of Claims.

V.  Defendants deny that Plaintiff is entitled to any relief.

**WHEREFORE**, Defendants, Harry Coyle and Frank Coston, request that this Honorable

Court dismiss Plaintiff's Complaint, enter judgment in their favor and access costs and attorney fees against the Plaintiff.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the applicable Statute of Limitations.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by doctrines of waiver, estoppel, and laches.

## FOURTH AFFIRMATIVE DEFENSE

Defendants acted at all times in good faith and for legitimate and nondiscriminatory reasons.

## FIFTH AFFIRMATIVE DEFENSE

Defendants' actions or inactions were not the proximate, legal, or substantial cause of any damages, injury or loss suffered by Plaintiff, the existence of which is denied.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the Prisoner Litigation Reform Act.

**WHEREFORE**, Defendants request that this Honorable Court dismiss Plaintiff's Complaint, enter judgment in their favor, and assess costs and attorney fees against the Plaintiffs.

REGER RIZZO KAVULICH & DARNALL LLP

By: /s/ Carol J. Antoff
Carol J. Antoff, Esquire
1001 Jefferson Street, Suite 202
Wilmington, DE 19801
(302)652-3611 (Phone)
(302)652-3620 (Facsimile)

Carla Maresca, Esquire  
Deasey, Mahoney & Bender  
1800 John F. Kennedy Boulevard  
Suite 1300  
Philadelphia, PA 19103-2978  
Ph:(215)587-9400  
Attorneys for Defendants,  
Harry Coyle and Frank Coston

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JONATHAN G. DAHMS, : | |
| : | |
| Plaintiff : | |
| : | Civil Action No. 04-381-GMS |
| v. : | |
| : | |
| CIVIGENICS, INC., HARRY : | |
| COYLE, and FRANK COSTON. : | |
| : | |
| Defendants : | |

## CERTIFICATE OF SERVICE

I, Carol J. Antoff, Esquire, do hereby certify that copies of the foregoing Answer of Defendants Harry Coyle and Frank Coston to Plaintiff's Complaint were served by First Class Mail, postage prepaid on the following pro se Plaintiff on March 7, 2006:

Jonathan G. Dahms
4552 Bleigh Ave.
Phila., PA 19136
Pro Se

        REGER RIZZO KAVULICH & DARNALL, LLP

        /s/ Carol J. Antoff
        CAROL J. ANTOFF, ESQUIRE
        I.D. No. 3601
        1001 Jefferson Street, Suite 202
        Wilmington, DE 19801
        (302)652-3611
        Attorney for Defendants, Harry Coyle and Frank Coston