IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JONATHAN G. DAHMS | : | CIVIL ACTION NO. 04-381 GMS |
| *Plaintiff*, | : | |
| vs. | : | |
| CIVIGENICS, et. al. | : | |
| *Defendants*. | : | |

### NOTICE OF RECORDS DEPOSITION

**TO:** Jonathan Dahms
8759 Gillespie Street
Philadelphia, PA 19136
Pro Se

PLEASE TAKE NOTICE that the undersigned will take the Records deposition duces tecum of the Records Custodian of Gander Hill Prison, 1301 East Twelfth Street, Wilmington, DE 19801 on **Wednesday, April 19, 2006 at 10:00 a.m.** at Reger Rizzo Kavulich & Darnall, LLP, 1001 Jefferson Street, Suite 202, Wilmington, DE 19801.

Respectfully submitted,
REGER RIZZO KAVULICH & DARNALL LLP

By: /s/ Carol J. Antoff
Carol J. Antoff, Esquire
1001 Jefferson Street, Suite 202
Wilmington, DE 19801
(302)652-3611 (Phone)
(302)652-3620 (Facsimile)

Carla P. Maresca, Esquire
DEASEY MAHONEY & BENDER, LTD.
Suite 1300
1800 John F. Kennedy Boulevard
Philadelphia, PA 19103-2978
(215) 587-9400, ext. 135 (Phone)
(215) 587-9456 (Facsimile)

Attorneys for Defendant, Civigenics, Inc., Harry Coyle and Frank Coston