IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JONATHAN DAHMS,** | : | CIVIL ACTION NO. 04-381 GMS |
| | : | |
| Plaintiff | : | |
| v. | : | |
| **CIVIGENICS, INC.,** | : | |
| **HARRY COYLE, and** | : | |
| **FRANK COSTON** | : | |
| | : | |
| Defendants | : | |

## CERTIFICATE OF SERVICE

I, Carol J. Antoff, Esquire, do hereby certify that copies of the foregoing NOTICE OF RECORDS DEPOSITION were served by First Class Mail, postage prepaid on the following Pro se Plaintiff on March 23, 2006:

Jonathan Dahms
8759 Gillespie Street
Philadelphia, PA 19136
Pro Se

Respectfully submitted,
REGER RIZZO KAVULICH & DARNALL LLP

By: /s/ Carol J. Antoff
Carol J. Antoff, Esquire
1001 Jefferson Street, Suite 202
Wilmington, DE 19801
(302)652-3611 (Phone)
(302)652-3620 (Facsimile)

Carla P. Maresca, Esquire
DEASEY MAHONEY & BENDER, LTD.
Suite 1300
1800 John F. Kennedy Boulevard
Philadelphia, PA 19103-2978
(215) 587-9400, ext. 135 (Phone)
(215) 587-9456 (Facsimile)

Attorneys for Defendant, Civigenics, Inc., Harry Coyle and Frank Coston