IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JONATHAN G. DAHMS,<br>        Plaintiff,<br><br>v.<br><br>CIVIGENICS, INC., et al,<br>        Defendants. | :<br>:<br>:<br>:   Civil Action No. 04-381-GMS<br>:<br>:<br>:<br>: |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

In response to Defendants "Request for Production of Documents and Interrogatories" dated 27 March 2006, I, Jonathan G. Dahms, Plaintiff in the above referenced Civil Action, hereby respectfully request an extension of time for the production of said documents. In support I represent the following:

1) As a pro se litigant without formal legal education, I must research the sited Rules and pertinent Law specific to the Defendants requests.
2) Again, as a pro se litigant without legal education or ready access to above stated materials, I must find resources in attempts to respond to the Defendants request.

Wherefore, plaintiff requests an extension of time in the amount of ninety (90) days for the research and preparation of the requested documents.

Respectfully Submitted,

*[signature]*
Jonathan G. Dahms, Pro se          Dated *[handwritten date]*



FILED
APR 1 0 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*scanned*





U.S.M.S
X-RAY

Clerk of Court
U.S. Caleb Boggs Federal Bldg
844 N. King St.
Wilmington, De 19801

Jonathan G. Dahms
4552 Richigh Ave.
Phila., PA 19136