IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JONATHAN G. DAHMS, : | |
| : | |
| Plaintiff : | |
| : | Civil Action No. 04-381-GMS |
| v. : | |
| : | |
| CIVIGENICS, INC., HARRY : | |
| COYLE, and FRANK COSTON. : | |
| : | |
| Defendants : | |

**RESPONSE OF DEFENDANTS, HARRY COYLE AND FRANK COSTON, TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY REQUESTS**

Defendants, Harry Coyle and Frank Coston, by and through their undersigned counsel, hereby responds to Plaintiff's Motion for Extension of Time to Respond to Discovery Requests.

Defendants, Harry Coyle and Frank Coston, have no objections to Plaintiff's Motion For Extension of Time To Respond to Discovery Requests.

                                              REGER RIZZO KAVULICH & DARNALL LLP

Date: June 1, 2006                    /s/ *Carol J. Antoff, Esquire*
                                                Carol J. Antoff, Esquire
                                                Bar I.D. 3601
                                                1001 Jefferson Plaza, Suite 202
                                                Wilmington, DE 19801

                                                Carla Maresca, Esquire
                                                Deasey, Mahoney & Bender
                                                1800 John F. Kennedy Boulevard
                                                Suite 1300
                                                Philadelphia, PA 19103-2978
                                                Ph:(215)587-9400

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JONATHAN G. DAHMS, | : | |
| | : | |
| Plaintiff | : | |
| | : | Civil Action No. 04-381-GMS |
| v. | : | |
| | : | |
| CIVIGENICS, INC., HARRY COYLE, and FRANK COSTON. | : | |
| | : | |
| Defendants | : | |

## CERTIFICATE OF SERVICE

I, Carol J. Antoff, Esquire, do hereby certify that copies of the foregoing Response of Defendants to Plaintiff's Motion for Extension of Time to Respond to Discovery Requests were served by First Class Mail, postage prepaid on the following Pro se Plaintiff on June 1, 2006:

Jonathan Dahms
4552 Bleigh Ave.
Philadelphia., PA 19136
Pro Se

REGER RIZZO KAVULICH & DARNALL, LLP

/s/ Carol J. Antoff
CAROL J. ANTOFF, ESQUIRE
I.D. No. 3601
1001 Jefferson Street, Suite 202
Wilmington, DE 19801
(302)652-3611
Attorney for Defendants, Civigenics, Harry Coyle and Frank Coston