IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JONATHAN G. DAHMS | : | CIVIL ACTION NO. 04-381 GMS |
| *Plaintiff*, | : | |
| vs. | : | |
| CIVIGENICS, et. al. | : | |
| *Defendants*. | : | |

### NOTICE OF DEPOSITION

**TO:** Jonathan Dahms
8759 Gillespie Street
Philadelphia, PA 19136
Pro Se

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of **Plaintiff Jonathan Dahms** on **Wednesday, September 20, 2006** at **10:00 a.m.** at the offices of Deasey Mahoney & Bender, Ltd. located at 1800 John F. Kennedy Boulevard, Suite 1300, Philadelphia, Pennsylvania, 19103-2978.

Respectfully submitted,
REGER RIZZO KAVULICH & DARNALL LLP

By: /s/ Carol J. Antoff
Carol J. Antoff, Esquire
1001 Jefferson Street, Suite 202
Wilmington, DE 19801
(302)652-3611 (Phone)
(302)652-3620 (Facsimile)

Carla P. Maresca, Esquire
DEASEY MAHONEY & BENDER, LTD.
Suite 1300
1800 John F. Kennedy Boulevard
Philadelphia, PA  19103-2978
(215) 587-9400, ext. 135 (Phone)
(215) 587-9456 (Facsimile)

Attorneys for Defendant, Civigenics, Inc., Harry Coyle and Frank Coston

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JONATHAN DAHMS,** | : | CIVIL ACTION NO. 04-381 GMS |
| | : | |
| Plaintiff | : | |
| v. | : | |
| **CIVIGENICS, INC.,** | : | |
| **HARRY COYLE, and** | : | |
| **FRANK COSTON** | : | |
| | : | |
| Defendants | : | |

<u>CERTIFICATE OF SERVICE</u>

I, Carol J. Antoff, Esquire, do hereby certify that copies of the foregoing NOTICE OF DEPOSITION were served by First Class Mail, postage prepaid on the following Pro se Plaintiff on September 6, 2006:

Jonathan Dahms
8759 Gillespie Street
Philadelphia, PA 19136
Pro Se

        Respectfully submitted,
        REGER RIZZO KAVULICH & DARNALL LLP

By:    /s/ Carol J. Antoff
        Carol J. Antoff, Esquire
        1001 Jefferson Street, Suite 202
        Wilmington, DE 19801
        (302)652-3611 (Phone)
        (302)652-3620 (Facsimile)

        Carla P. Maresca, Esquire
        DEASEY MAHONEY & BENDER, LTD.
        Suite 1300
        1800 John F. Kennedy Boulevard
        Philadelphia, PA 19103-2978
        (215) 587-9400, ext. 135 (Phone)
        (215) 587-9456 (Facsimile)

        Attorneys for Defendant, Civigenics, Inc., Harry Coyle and Frank Coston