IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JONATHAN G. DAHMS, | : |
| Plaintiff | : |
| | : CIVIL ACTION NO. 04-381-GMS |
| v. | : |
| CIVIGENICS, INC., HARRY COYLE, AND FRANK COSTON. | : |
| Defendants. | : |

## STIPULATION FOR DISMISSAL

The parties, individually and by and through their attorneys, hereby agree that the above-captioned case be dismissed with prejudice.

_____
JONATHAN G. DAHMS

_____
PATRICIA E. McENTEER, ESQUIRE
*Attorney for Defendants Civigenics, Inc.,
Harry Coyle and Frank Coston*

_____
CAROL J. ANTOFF, ESQUIRE
*Local Counsel for Defendants
Civigenics, Inc., Harry Coyle
and Frank Coston*